IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:25-cr-258-KDB |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| v. | ) | |
| | ) | Violation: 18 U.S.C. § 922(g)(1) |
| | ) | |
| JEAN TREVOR CALDWELL-THOMPSON | ) | |
| and DAMARCUS McBRIDE | ) | |
| | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

## COUNT ONE
**(Possession of Ammunition by a Felon)**

On or about February 16, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**DAMARCUS MCBRIDE,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, WIN 9mm Luger, FC 9mm Luger and Hornady 9mm Luger ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
**(Possession of Ammunition by a Felon)**

On or about February 16, 2024, in Mecklenburg County, within the Western District of North Carolina, the defendant,

**JEAN TREVOR CALDWELL-THOMPSON,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, that is, WIN 9mm Luger, FC 9mm Luger and Hornady 9mm Luger ammunition, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms or ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. WIN 9mm Luger ammunition;
b. FC 9mm Luger ammunition;
c. Hornady 9mm Luger ammunition.

A TRUE BILL

FOREPERSON

RUSS FERGUSON
UNITED STATES ATTORNEY

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY